# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>DJEREN XUEREB,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:12-cr-00407-PMP-PAL<br><br>**ORDER**<br><br>(Mot Strike Deft's Hearing - Dkt. #30) |

Before the court is the Motion to Strike Defendant's Detention Hearing and PSR Interview (Dkt. #30) filed January 11, 2013.

The court entered an Order (Dkt. #28) January 9, 2013, granting Defendant's request to be interviewed by Pretrial Services for the purpose of preparing a bail report for the motion to reconsider detention order. The motion is scheduled to be heard January 18, 2013 at 9:30 a.m. Since that time, Defendant's counsel received information that ICE has issued an order for Defendant's immediate removal from the United States. As it would be fruitless to release Defendant only to have ICE detain her and remove/deport her from the United States, Defendant's counsel now requests that Defendant's interview with Pretrial Services be cancelled, and the hearing vacated.

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. Defendant's Motion to Strike Defendant's Detention Hearing and PSR Interview is **GRANTED,** and the hearing scheduled for Friday, January 18, 2013, at 9:30 a.m., is **VACATED**.

/ / /

/ / /

2. Defendant's Motion for Magistrate Judge to Reconsider Detention Order (Dkt. #25) is **WITHDRAWN**.

Dated this 14th day of January, 2013.

_____
Peggy A. Leen
United States Magistrate Judge