1
2
3
4
5
6
7
8
9
10
11
12

# UNTIED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No.   CR-12-00407-PMP-PAL |
| Plaintiff, | ) | |
| vs. | ) | ORDER RE: MOTION TO |
| | ) | CONTINUE SENTENCING AND |
| DEJEREN XUEREB, | ) | RESETTING DATE FOR PSR OBJECTIONS |
| | ) | |
| Defendant. | ) | |

13   Before the Court for resolution is Defendant, DEJEREN XUEREB's Motion to
14 Continue the Sentencing hearing.  The court having considered the submissions of the
15 defendant, the court file, hereby orders:
16   Defendant's Motion to Continue the Sentencing Date is hereby GRANTED   /
17 DENIED.  The  Sentencing shall be held on _Monday, July 22, 2013, at 1:30 p.m.    The
18 Defendant's Objections to her Presentence Report are due on _ May 15, 2013.
19   DATED THIS _12th day of April, 2013.
20
21   _____
       UNITED STATES DISTRICT COURT JUDGE
22
23
24 Presented by:
   THE TREJO LAW FIRM
25
   s/George Paul Trejo, Jr.
26 George Paul Trejo, Jr.
   Attorney for Dejeren Xuereb
27
28

**ORDER RE: MOTION TO CONTINUE
SENTENCING HEARING AND
RESETTING DATE FOR PSR OBJECTIONS**

- 1-