FILED
JUL 22 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:12-CR-407-PMP-(PAL) |
| ) | |
| DJEREN XUEREB, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

This Court found on January 30, 2013, that DJEREN XUEREB shall pay a criminal forfeiture money judgment of $130,000 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(A) and (C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 10; Change of Plea Minutes, ECF No. 36; Order of Forfeiture, ECF No. 37.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DJEREN XUEREB a criminal forfeiture money judgment in the amount of $130,000 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(A) and (C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p).

DATED this 22nd day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE