UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-cr-00407-PMP-PAL |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| DEJEREN XUEREB, | ) | |
| Defendant. | ) | |

For the reasons set forth in the Government's Opposition (Doc. #57),

**IT IS ORDERED** that Defendant Dejeren Xuereb's Motion for Four Level "Fast Track" Reduction Pursuant to U.S.S.G. 5K3.1 (Doc. #54) is **DENIED**.

DATED: March 31, 2014.

_____
PHILIP M. PRO
United States District Judge